**1**

**2**                      UNITED STATES DISTRICT COURT

**3**              FOR THE NORTHERN DISTRICT OF CALIFORNIA

**4**                             OAKLAND DIVISION

**5**

**6** INTERNATIONAL METAPHYSICAL          Case No:  C 18-4524 SBA
     MINISTRY, INC., an Arizona corporation;
**7** PAUL LEON MASTERS REVOCABLE         **ORDER STRIKING IMPROPER**
     LIVING TRUST dated July 6, 2015, by and  **BRIEFS**
**8** through Michelle Behr, Trustee,
                                          Dkt. 84, 85, 93, 95
**9**              Plaintiffs,

**10**       vs.

**11** MATTHIAS SCHAEFER and JANE DOE
     SCHAEFER, husband and wife; , an Arizona
**12** corporation; SEDONA WEBSITE DESIGN,
     an Arizona sole proprietorship; CHRISTINE
**13** BREESE and JOHN DOE BREESE, husband
     and wife; WISDOM OF THE HEART
**14** CHURCH, a California non-profit company
     d/b/a THE UNIVERSITY OF
**15** METAPHYSICAL SCIENCES; and various
     unknown and/or fictional individuals and
**16** entities,

**17**              Defendants.

**18**

**19**        The Court's Standing Orders state: "All noticed civil motions (other than motions

**20** for summary judgment) and any opposition thereto, shall not exceed fifteen (15) pages in

**21** length, exclusive of the table of contents, table of authorities, exhibits and declarations, if

**22** required.  Reply briefs may not exceed ten (10) pages in length."  Dkt. 58 at 2.  The

**23** Standing Orders further state that any brief filed "in an improper manner or form shall not

**24** be received or considered by the Court."  Id.; see Swanson v. U.S. Forest Serv., 87 F.3d

**25** 339, 345 (9th Cir. 1996) (courts have discretion to strike oversized briefs).  Defendant's

**26** motion to dismiss, Plaintiffs' opposition, and Defendant's reply exceed the applicable page

**27** limits.  Accordingly,

**28**

1    IT IS HEREBY ORDERED THAT the aforementioned motion papers and

2  supporting documents (Dkt. 84, 85, 93, 95) shall be STRICKEN from the record.

3  Defendant shall have until April 9, 2019 to refile its motion in conformity with the Court's

4  Standing Orders.  Briefing on the motion shall be in accordance with Civil Local Rule 7

5  and the Court's Standing Orders.

6    IT IS SO ORDERED.

7  Dated:  4/02/19

8                                                SAUNDRA BROWN ARMSTRONG
                                                 Senior United States District Judge

9

10

11

12

13

14

15

16

17

18

19

20

21

22

23

24

25

26

27

28