# UNITED STATES DISTRICT COURT

## FOR THE NORTHERN DISTRICT OF CALIFORNIA

### OAKLAND DIVISION

| | |
|---|---|
| INTERNATIONAL METAPHYSICAL MINISTRY, INC., an Arizona corporation; PAUL LEON MASTERS REVOCABLE LIVING TRUST dated July 6, 2015, by and through Michelle Behr, Trustee,<br><br>        Plaintiffs,<br><br>        vs.<br><br>MATTHIAS SCHAEFER and JANE DOE SCHAEFER, husband and wife; , an Arizona corporation; SEDONA WEBSITE DESIGN, an Arizona sole proprietorship; CHRISTINE BREESE and JOHN DOE BREESE, husband and wife; WISDOM OF THE HEART CHURCH, a California non-profit company d/b/a THE UNIVERSITY OF METAPHYSICAL SCIENCES; and various unknown and/or fictional individuals and entities,<br><br>        Defendants. | Case No:  C 18-4524 SBA<br><br>**ORDER OF CONDITIONAL DISMISSAL** |

The Court having been notified of the settlement of this action, and it appearing that no issue remains for the Court's determination,

IT IS HEREBY ORDERED THAT this action and all claims asserted herein are DISMISSED with prejudice.  In the event that the settlement is not reached, any party may move to reopen the case and the trial will be rescheduled, provided that such motion is filed within 60 days of this order.  All scheduled dates, including the trial and pretrial dates, are VACATED.

IT IS SO ORDERED.

Dated:  6/12/19

SAUNDRA BROWN ARMSTRONG
Senior United States District Judge